# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| MICHELLE SOTOMAYOR, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | |
| § | Case No. 1:21-cv-00039 |
| § | |
| NEW WERNER HOLDING CO., INC. § | |
| and WERNER CO., its subsidiary, § | |
| § | |
| Defendants § | |

## NOTICE OF REMOVAL

COMES NOW Defendant Werner Co. ("Werner") and files this Notice of Removal of the case *Michelle Sotomayor v. New Werner Holding Co., Inc. and Werner Co., its subsidiary*, Cause No. 20-1929-C26, filed in the 26th Judicial District Court of Williamson County, Texas, and hereby removes this case to federal court on the ground of diversity jurisdiction under 28 U.S.C. § 1332. Werner respectfully alleges as follows:

1.  On December 10, 2020, Plaintiff Michelle Sotomayor filed her Original Petition in the 26th Judicial District Court of Williamson County, Texas, asserting claims against Werner arising out of an incident which allegedly occurred on May 21, 2019.

2.  The Original Petition, along with the served Citation, is attached hereto as Exhibit "A."

3.  The docket sheet from the Williamson County court records website is attached hereto as Exhibit "B."

4.  The Original Petition, Citation, Return of Service on Werner, and Werner's Original Answer are the only documents filed in the action to date in state court.

---
**DEFENDANT'S NOTICE OF REMOVAL**      Page 1

5. Werner was served with the Original Petition and Citation on December 16, 2020. *See* Ex. A. Werner filed an Answer on January 8, 2021 attached hereto as Exhibit "C."

6. According to the Original Petition, "Plaintiff Michelle Sotomayor is an individual residing in Round Rock, Williamson County, Texas." Ex. A at p.1, ¶ 2.

7. According to the Original Petition, Defendants "are a ladder manufacturing company licensed to do business in the state of Texas. The Defendant is a global company, with its principal address held at 93 Werner Road, Greenville, Pennsylvania 16125-9499." Ex. A at p.1, ¶ 3. Indeed, Werner is a foreign corporation incorporated in Delaware with its headquarters and principal place of business at 93 Werner Road, Greenville, Pennsylvania 16125-9499. It has a registered agent in Texas but does not have its principal place of business in Texas.

8. The amount in controversy exceeds $75,000. Plaintiff has alleged in her Original Petition that "…Plaintiff seeks monetary relief over $250,000.00 but not more than $1,000,000.00…" Ex. A at p.2, ¶4.

9. Plaintiff demanded a jury trial in state court. Ex. A at p.5, ¶23. Defendant additionally demanded a trial by jury. *See* Ex. C.

10. This Court has subject matter jurisdiction over this action because Plaintiff, a citizen of Texas, is of diverse citizenship from the Defendant, Werner, a citizen of Pennsylvania and Delaware, satisfying the requirements of 28 U.S.C. § 1332.

11. Because Werner is the only defendant who has been served, no consent from any other party is necessary for this action to be removed.

12. Removal of this action is timely because it is being removed within 30 days of service upon Werner on December 16, 2020.

Dated: January 13, 2021          Respectfully submitted,

*/s/ Don Swaim*
Don Swaim
Texas Bar No. 19545200
D. Todd Parrish
Texas Bar No. 24011298
**CUNNINGHAM SWAIM, LLP**
4015 Main Street, Suite 200
Dallas, Texas 75226
Tel: (214) 646-1495
Fax: (214) 613-1163
dswaim@cunninghamswaim.com
tparrish@cunninghamswaim.com

**ATTORNEYS FOR DEFENDANT WERNER CO.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record on this the 13th day of January, 2021, pursuant to the Federal Rules of Civil Procedure.

*/s/ Don Swaim*
Don Swaim