IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MICHELLE SOTOMAYOR, | § | |
| Plaintiff, | § § § | |
| v. | § | 1:21-cv-39-RP |
| NEW WERNER HOLDING CO., INC., and WERNER CO., | § § § | |
| Defendants. | § § | |

## ORDER

On April 18, 2022, the parties dismissed all claims in this case with prejudice by joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 23). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial actiosn or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on April 19, 2022.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE